# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

v.                          **No. 4:12-cr-140-DPM**

**HENRY J. BAUGHMAN, JR.**                    **DEFENDANT**

## ORDER

The United States' motion, № 29, is granted. FED. R. CRIM. P. 48(a). The

Indictment, № 1, is dismissed without prejudice. Pending motion, № 28,

denied as moot.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

3 April 2014